**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| CLARA MCDONALD, | ) | |
| | | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:26-cv-00031 |
| CITY OF DEL RIO, TEXAS; VAL VERDE | ) | |
| COUNTY; DEL RIO INDEPENDENT SCHOOL | ) | |
| DISTRICT; OFFICER CAMERON WALLACE, | ) | |
| individually and in his official capacity; | ) | |
| OFFICER ANA BARRERA, individually and | | |
| in her official capacity; OFFICER RICK | | |
| GONZALES, individually and | | |
| in his official capacity; OFFICER LUPE | | |
| COSTILLA, individually and | | |
| in her official capacity; | | |
| PRINCIPAL CYNTHIA SALAS, individually | | |
| and in her official capacity; ASSISTANT | | |
| PRINCIPAL DeWITT, individually and in | | |
| her official capacity; SUPERINTENDENT | | |
| CARLOS RIOS, individually and in his | | |
| official capacity; TRUSTEE RAYMOND P. | | |
| MEZA, individually and in his official capacity; | | |
| TRUSTEE JOSHUA D. OVERFELT, | | |
| individually and in HIS official capacity; | | |
| TRUSTEE DIANA E. GONZALES, individually | | |
| and in her official capacity; TRUSTEE DIEGO | | |
| M. ALMARAZ JR., individually and in his | | |
| official capacity; TRUSTEE AMY N. HAYNES, | | |
| individually and in her official capacity; | | |
| TRUSTEE KENNETH SMITH, individually and | | |
| in his official capacity; AND TRUSTEE | | |
| CECILIA MARTINEZ-LOZANO, individually | | |
| and in her official capacity; GEO GROUP, INC.; | | |
| VAL VERDE CORRECTIONAL FACILITY; | | |
| and JOHN/JANE DOES 1–10, | | |
| | | |
| *Defendants.* | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, a true and correct copy of Plaintiff's Original Complaint the foregoing document was filed utilizing the Court's CM/ECF system, which will send notice of such filing to all counsel and parties of record.

*/s/ Angelle M. Adams*
Angelle M. Adams