**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **CLARA MCDONALD,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **Civil Action No.** |
| **CITY OF DEL RIO, TEXAS et al.** | § | **2:26-CV-00031-AM-MHW** |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

**NOTICE & ORDER TO SHOW CAUSE**

Chief United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b). Federal Rule of Civil Procedure 4(m) gives a plaintiff 90 days from the date suit is filed within which to accomplish service of process. The Plaintiff filed this suit on April 17, 2026. To date, the Plaintiff has filed no proof that she has served any of the Defendants.

Pursuant to the Court's "inherent authority to control its docket and prevent undue delays in the disposition of pending cases," *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)), **IT IS HEREBY ORDERED** that the Plaintiff shall have **21 days** from the date of this notice within which to file proof of proper service upon the Defendants as specified in Federal Rule of Civil Procedure 4(l), or show good cause why service has not been made. **Absent a showing of service or good cause, the undersigned will recommend that the claims against the Defendants be dismissed without prejudice.**

**SIGNED** this 28th day of July 2026.

_____
**MATTHEW H. WATTERS**
**UNITED STATES MAGISTRATE JUDGE**